### ELLIOTT–FISHER CO. v. UNDERWOOD TYPEWRITER CO.

(Circuit Court, S. D. New York. November 1, 1909.)

PATENTS (§ 95*)—PERSONS ENTITLED TO PATENTS—ASSIGNEES OF INVENTORS.

　　A patent may be issued to an assignee of an inventor through mesne assignments, provided they are first entered of record in the Patent Office.

　　[Ed. Note.—For other cases, see Patents, Cent. Dig. § 127; Dec. Dig. § 95.*]

In Equity. Suit by the Elliott-Fisher Company against the Underwood Typewriter Company. On motion by defendant respecting proofs. Denied.

Robert Fletcher Rogers, for complainant.
Briesen & Knauth, for defendant.

LACOMBE, Circuit Judge. I find no authority for the proposition that patents may not be issued to an assignee, who holds through mesne assignments from the inventor, provided such assignments are first entered of record in the Patent Office. So to hold would require a very strained and unreasonable construction of section 4895, Rev. St. (U. S. Comp. St. 1901, p. 3385). That section leaves the discretion with the Patent Office, which may issue to the inventor or to the assignee; and no doubt where there are conflicting assignments the office will avoid passing on questions of title by issuing to the inventor. But

---

*For other cases see same topic & § NUMBER in Dec. & Am. Digs. 1907 to date, & Rep'r Indexes

it does not appear that the assignments in this case, which were recorded before issue, were conflicting assignments.

Nor is there any difficulty about proving the assignments, if notice to produce and subpœna duces tecum fail to secure the originals, the copies recorded in the Patent Office would be competent.

Motion to require complainant to prove them as part of his prima facie case is denied.